```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 18170
   MARY E JONES
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6446


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/15/2008 and was confirmed 10/06/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  50.00%.

      The case was converted to chapter 7 after confirmation 02/12/2009.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
FIFTH THIRD BANK            SECURED                 .00            .00             .00
FIFTH THIRD BANK            UNSECURED       NOT FILED              .00             .00
JP MORGAN CHASE BANK NA     CURRENT MORTG           .00            .00             .00
SELECT PORTFOLIO SERVICI    CURRENT MORTG           .00            .00             .00
AMERICAN EXPRESS            UNSECURED           7255.25            .00             .00
ECAST SETTLEMENT CORP       UNSECURED           7735.96            .00             .00
ROUNDUP FUNDING LLC         UNSECURED           1152.76            .00             .00
ROUNDUP FUNDING LLC         UNSECURED           9511.81            .00             .00
FNB OMAHA                   UNSECURED           3876.16            .00             .00
HOUSEHOLD FINANCE CORPOR    UNSECURED          10214.30            .00             .00
ECAST SETTLEMENT CORP       UNSECURED           1343.77            .00             .00
LVNV FUNDING LLC ASSIGNE    UNSECURED           7948.08            .00             .00
LVNV FUNDING LLC ASSIGNE    UNSECURED          10342.07            .00             .00
LVNV FUNDING LLC ASSIGNE    UNSECURED          15204.92            .00             .00
LOIS WALKER                 NOTICE  ONLY    NOT FILED              .00             .00
LOIS WALKER                 NOTICE  ONLY    NOT FILED              .00             .00
REVA WALKER                 NOTICE  ONLY    NOT FILED              .00             .00
REVA WALKER                 NOTICE  ONLY    NOT FILED              .00             .00
RJM ACQUISITIONS FUNDING    UNSECURED             82.60            .00             .00
CAPITAL RECOVERY II         UNSECURED            199.53            .00             .00
ECAST SETTLEMENT CORP       UNSECURED               .00            .00             .00
ECAST SETTLEMENT CORP       UNSECURED               .00            .00             .00
JP MORGAN CHASE BANK NA     MORTGAGE NOTI   NOT FILED              .00             .00
MARK D WEISMAN              DEBTOR ATTY        2,578.00                       1,742.78
TOM VAUGHN                  TRUSTEE                                             135.22
DEBTOR REFUND               REFUND                                                 .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         1,878.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 18170 MARY E JONES
```

```
PRIORITY                                                         .00
SECURED                                                          .00
UNSECURED                                                        .00
ADMINISTRATIVE                                              1,742.78
TRUSTEE COMPENSATION                                          135.22
DEBTOR REFUND                                                    .00
                                 ---------------     ---------------
TOTALS                                  1,878.00            1,878.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 03/17/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 08 B 18170 MARY E JONES